FILED
2007 Jul-11 AM 11:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DEBORAH WESLEY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No.: 07-H-0386-S |
| **AFNI, INC., a corporation,** | ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL

COMES NOW the plaintiff, Deborah Wesley, by and through counsel, John Watts, and the defendant, Afni, Inc., by and through counsel, Neal D. Moore, III, and hereby jointly request this Honorable Court to dismiss this case, with prejudice, costs taxed as paid. In support of this motion, the parties represent to the Court that this matter has been resolved through a separate agreement.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request this Honorable Court to dismiss this case, with prejudice, costs taxed as paid.

_____  
John Watts,  
*Attorney for Plaintiff,*  
Deborah Wesley

_____  
Neal D. Moore, III,  
*Attorney for Defendant,*  
Afni, Inc.